UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN SEYMOUR,<br><br>              Plaintiff,<br>   v.<br><br>NANCY BERRYHILL,<br><br>             Defendant. | CASE NO. C17-5849-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 18). Defendant does not oppose the motion. (Dkt. No. 20.) Having thoroughly considered Plaintiff's motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is awarded attorney fees in the amount of $2,645.11, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that Plaintiff's EAJA fees are not subject to any offset, the check for EAJA fees shall be made payable to Kevin Kerr, based on Plaintiff's assignment of this amount to Plaintiff's attorney. (Dkt. No. 19.) The check shall be mailed to Plaintiff's attorney's office: Kevin Kerr, P.O. Box 14490, Portland, OR 97293.

//

//

1 DATED this 9th day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE