THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN SEYMOUR,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | CASE NO. C17-5849-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 22).

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total of the past-due benefits . . . .

42 U.S.C. § 406(b)(1)(A). Plaintiff agreed to pay his attorney 25% of his past-due benefits if his Social Security appeal was successful. (Dkt. No. 22-2.) Plaintiff's appeal was successful, and the total award is at least $144,823 in past-due benefits. (Dkt. Nos. 22-3, 22-4.) In accordance with the fee agreement, Plaintiff asks this Court to authorize a fee of $30,205.75 to be paid to his attorney. (Dkt. No. 22 at 1.) The Court finds that the total fee is reasonable given that it comports with the fee agreement, counsel's representation was effective, there was no undue delay, and the fee does not represent a windfall. (*See* Dkt. Nos. 20-1, 20-2.) The Commissioner does not oppose

the request or the amount of fees. (*See* Dkt. No. 23.)

Plaintiff's motion for attorney fees (Dkt. No. 22) is GRANTED. Plaintiff's counsel is awarded attorney fees of $30,205.75 pursuant to 42 U.S.C. § 406(b). Such funds shall be paid to Schneider, Kerr & Robichaux, PO Box 14490, Portland, OR 97293. The attorney fees totaling $5,211.76 granted pursuant to the Equal Access to Justice Act shall be refunded to Plaintiff upon counsel's receipt of the 406(b) fee awarded.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE